In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00431-CV
NO. 09-13-00432-CV

_____

**CLIFFORD HOWARD WHEATLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 253rd District Court**
**Liberty County, Texas**
**Trial Cause Nos. CR27261 and CR27859**

**MEMORANDUM OPINION**

On July 3, 2012, the trial court signed on order denying Clifford Howard Wheatley's request for rescission of a notice to withdraw funds from Wheatley's inmate trust find account. Wheatley filed a notice of appeal on September 16, 2013, more than thirty days from the date of the signing of the appealable order and outside the time for which we may grant an extension of time to perfect an appeal. *See* Tex. R. App. P. 26.1, 26.3. On October 24, 2013, we notified the

1

parties that the appeals would be dismissed unless the appellant showed grounds for continuing the appeals. Wheatley filed a response and several motions, but none of the documents filed by the appellant show that he invoked this Court's jurisdiction within the time required by Rule 26. *Id.* Accordingly, we dismiss the appeals for lack of jurisdiction. *See* Tex. R. App. P. 42.3. All pending motions are denied as moot.

APPEALS DISMISSED.

_____
CHARLES KREGER
Justice

Opinion Delivered January 9, 2014

Before McKeithen, C.J., Kreger and Horton, JJ.

2